No. 589. BIDDLE *v.* IRVING TRUST CO., TRUSTEE;
No. 590. DEUTSCH *v.* SAME;
No. 591. HAMMOND *v.* SAME;
No. 592. IRVING TRUST CO., TRUSTEE, *v.* MENDES ET AL.; and

No. 650. BELL *v.* IRVING TRUST Co., TRUSTEE. January 21, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Eldon Bisbee, Paul D. Miller,* and *H. G. Pickering* for petitioner in No. 589. *Mr. Jerome A. Strauss* for petitioner in No. 590. *Mr. Joseph M. Hatfield* for petitioner in No. 591. *Mr. Henry Gale* for petitioner in No. 592, and respondent in Nos. 589, 590, 591, and 650. *Mr. Joseph Lorenz* for petitioner in No. 650. *Messrs. Joseph Lorenz, Martin Conboy, David Asch,* and *Arthur Garfield Hayes* for respondents in No. 592.